**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

FILED
CLERK

6/9/2021 3:08 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

------------------------------------------------------x
RICHARD WOLFSON, :
on behalf of Plaintiff and a class, :
 :
        Plaintiff, : Case No. 2:21-cv-02289-GRB-JMW
 :
    vs. :
 :
 : [PROPOSED] ORDER FOR ADMISSION
BALANCED HEALTHCARE : PRO HAC VICE
RECEIVABLES, LLC, :
 :
        Defendant. :
------------------------------------------------------x

    The motion of Heather Kolbus, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the state of Illinois and of the bar of the state of Connecticut; and that her contact information is as follows:

    Heather Kolbus
    EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
    20 South Clark Street, Suite 1500
    Chicago, Illinois  60603
    (312) 739-4200
    (312) 419-0379 (FAX)
    hkolbus@edcombs.com

    Applicant having requested admission to appear Pro Hac Vice for all purposes as counsel for Richard Wolfson, Plaintiff, in the above-entitled action,

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court of the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: 06/09/2021                          s/ James M. Wicks
                                                                Magistrate Judge James M. Wicks

CC: All counsel of record