IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x
| RICHARD WOLFSON, | : | |
| on behalf of Plaintiff and a class, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 2:21-cv-02289-GRB-JMW |
| vs. | : | |
| | : | |
| BALANCED HEALTHCARE | : | |
| RECEIVABLES, LLC, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------x

## NOTICE OF SETTLEMENT

Plaintiff Richard Wolfson and Defendant Balanced Healthcare Receivables, LLC respectfully submit this notice of settlement and inform the Court that the Parties have resolved this entire matter on an individual basis.  The Parties will start the process of circulating a written settlement agreement for execution.  The Parties expect to execute a written settlement agreement and file a stipulation of dismissal within the next forty-five (45) days.  The Parties request that the Court stay all pending deadlines.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Richard J. Perr (w/ consent) |
| Heather Kolbus | Richard J. Perr |
| EDELMAN, COMBS, LATTURNER | KAUFMAN DOLOWICH VOLUCK |
|     & GOODWIN, LLC | Four Penn Center |
| 20 S. Clark Street, Suite 1500 | 1600 JFK Blvd., Suite 1030 |
| Chicago, IL  60603 | Philadelphia, PA  19103 |
| (312) 739-4200 | (215) 501-7002 |

Abraham Kleinman
KLEINMAN LLC
626 RXR Plaza
Uniondale, NY  11556
(516) 522-2621

-2-

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, hereby certify that on Friday, July 9, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent via email to the following parties:

      Richard J. Perr – rperr@kdvlaw.com
      KAUFMAN DOLOWICH & VOLUCK, LLP
      Four Penn Center
      1600 John F. Kennedy Blvd., Suite 1030
      Philadelphia, PA 19103

      Abraham Kleinman - akleinman@kleinmanllc.com
      KLEINMAN LLC
      626 RXR Plaza
      Uniondale, NY 11556

                                        s/ Heather Kolbus
                                        Heather Kolbus

Heather Kolbus
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)