IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
RICHARD WOLFSON,                              :
on behalf of Plaintiff and a class,           :
                                              :
                Plaintiff,     :
                                              :   Case No. 2:21-cv-02289-GRB-JMW
        vs.                                   :
                                              :
BALANCED HEALTHCARE                           :
RECEIVABLES, LLC,                             :
                                              :
                Defendant.     :
-------------------------------------------------------x

FILED
CLERK
10:59 am, Aug 26, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

## STIPULATION TO DISMISS

Plaintiff Richard Wolfson and Defendant Balanced Healthcare Receivables, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant Balanced Healthcare Receivables, LLC with prejudice and without costs.  Plaintiff Richard Wolfson's class claims against Defendant Balanced Healthcare Receivables, LLC are dismissed without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200

Abraham Kleinman
KLEINMAN LLC
626 RXR Plaza
Uniondale, NY  11556
(516) 522-2621

s/ Richard J. Perr (w/ consent)
Richard J. Perr
KAUFMAN DOLOWICH VOLUCK
Four Penn Center
1600 JFK Blvd., Suite 1030
Philadelphia, PA  19103
(215) 501-7002

Dated: 8/26/2021
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

1

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on August 25, 2021, a true and accurate copy of this document was sent via ECF to the attorneys of record.

*s/Heather Kolbus*
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

Abraham Kleinman
Kleinman, LLC
626 RXR Plaza
Uniondale, NY 11556-0626
516-522-2621
Fax: 888-522-1692
E-mail: akleinman@kleinmanllc.com